# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Tracie Salgado, et al.

                        Plaintiff,

v.                                                   Case No.: 1:12−cv−03704
                                                   Honorable Harry D. Leinenweber

P.O. John Doe1−2

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 26, 2012:

      MINUTE entry before Honorable Harry D. Leinenweber:Stephanie Iglesias and Jimmy Congenie's Rule 24 Motion to Intervene[7] is granted. Status hearing set for 8/16/2012 at 09:00 AM.Mailed notice(wp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.